```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 21454
    PAUL ANGION
    DIANE WILSON ANGION                         CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5989      SSN XXX-XX-8670


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/27/2005 and was confirmed 07/11/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  36.76% from remaining funds.

      The case was paid in full 07/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC     SECURED                  .00            .00              .00
NUVELL CREDIT CO LLC     UNSECURED      NOT FILED                .00              .00
PHH MORTGAGE SERVICES    CURRENT MORTG            .00            .00              .00
PHH MORTAGE SERVICES     NOTICE ONLY    NOT FILED                .00              .00
PHH MORTGAGE SERVICES    MORTGAGE ARRE   6203.26                 .00          6203.26
B-LINE LLC               UNSECURED       3201.31                 .00          1176.82
ST MARGARET MERCY CRETE  UNSECURED       3144.44                 .00          1155.92
ST MARGARET MERCY CRETE  FILED LATE       227.00                 .00              .00
NICOLE G LAWSON          DEBTOR ATTY    1,634.00                              1,634.00
TOM VAUGHN               TRUSTEE                                                630.00
DEBTOR REFUND            REFUND                                                   .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                10,800.00

PRIORITY                                           .00
SECURED                                       6,203.26
UNSECURED                                     2,332.74
ADMINISTRATIVE                                1,634.00
TRUSTEE COMPENSATION                            630.00
DEBTOR REFUND                                      .00
                       ---------------       ---------------
TOTALS                 10,800.00              10,800.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 12/22/08                    _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE